Gregory W. Burwell
Reg. No. 38047-083
FCI Manchester
P.O. Box 4000
Manchester, KY 40962
(606) 598-1900

Case: 1:17-cv-00562
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/29/2017
Description: FOIA/Privacy Act (I Deck)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GREGORY WAYNE BURWELL,

Plaintiff,

vs.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

Defendent,

---

COMPLAINT FOR INJUNCTIVE RELIEF

No. _____

MR. BURWELL'S FOIA
LAWSUIT





TABLE OF CONTENTS

NATURE OF ACTION ................................................................ 3.

JURISDICTION AND VENUE .......................................................... 3.

PARTIES ......................................................................... 3.

PLAINTIFF REQUESTS .............................................................. 5.

APPENDIX OF EXHIBITS AND DOCUMENTS .............................................. 6.

MR. BURWELL'S FOIA
LAWSUIT

## NATURE OF ACTION

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., for injunctive and other appropriate relief.

## JURISDICTION AND VENUE

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B), (6)(E)(iii).

3. This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 701 et seq.

4. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

5. Plaintiff is a federal prisoner housed in FCI Manchester.

a. Plantiff submitted a request under the Freedom Act (FOIA), 5 U.S.C. § 552, to the Executive Office for United States Attorneys (EOUSA), a part of the United States Department of Justice. See Harris v. Gonzales, 488 F.3d 442, 376 U.S. App. D.C. 289 (D.C. Cir. 2007).

b. FOIA requires federal agencies to produce "records" upon request unless one of nine statutory exemptions applies. 5 U.S.C. § 552(a)(3)(A).

c. Plaintiff has attempted to receive all responsive records located in this agency.

d. The EOUSA has not made these "records promptly available"

6. Defendant Department of Justice is a Department of the Executive Branch of the United States Government. The DOJ is an agency within the meaning of 5 U.S.C. § 552(f).

7. Defendant Jeff Sessions is Attorney General of the United States and heads the Department of Justice. This defendant is responsible for the DOJ compliance with the laws of the United States and regulations promulgated under such laws, including the laws and regulations at issue in this case.

8. By means of a FOIA request to the (ATF) dated December 9, 2014.

MR. BURWELL'S FOIA
LAWSUIT

9. Because 20 working days have elapsed without a substantive determination by the (ATF) concering Mr. Burwell's requests, he has constructively exhausted all required administrative remedies.

10. Mr. Burwell has a legal right under the FOIA to obtain the information he seeks, and there is no legal basis for the denial by the (ATF) of this right.

MR. BURWELL'S FOIA
LAWSUIT

WHEREFORE, plaintiff requests this Court:

(1) Order defendant immediately to process the requested records and documents in their entireties;

(2) Order defendant, on completion of the expedited processing, to disclose the requested records in their entireties and make copies available to plaintiff;

(3) Provide for expeditious proceedings in this action;

(4) Award plaintiff costs and reasonable attorneys fees in this action, as provided in 5 U.S.C. 552(a)(4)(E); and

(5) Plaintiff also moves this court to get the FBI involve because the government's and judicial court conduct in this case was so outrageous as to violate Plaintiff right to due process of law and denied Plaintiff of his constitutional rights. It's clear from all the evidence that the (ATF) has deprived Plaintiff of a fair trial, conspired to wrongfully convict him, and has suppressed the truth.

(6) Grant such other and further relief as may deem just and proper.

Respectfully submitted,

Gregory Wayne Burwell
Reg. No. 38047-083
FCI Manchester
P.O. Box 4000
Manchester, KY 40962
(606) 598-1900

Dated: January 30, 2017

# APPENDIX



**U.S. Departr   t of Justice**

Bureau of Alco   ol, Tobacco,
Firearms and Explosives

*Washington, DC 20220*
www.atf.gov

September 10, 2015                                                  REFER: 2015-0333

Mr. Gregory W. Burwell
Reg. No. 38047-083
Knox-B
PO Box 4000
Federal Correctional Institution
Manchester, Kentucky  40962

Dear Mr. Burwell:

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has received your
Freedom of Information Act (FOIA) request dated December 9, 2014. Your request has
been assigned number 2015-0333.  Please refer to this number on any future
correspondence.

For your information, this Office assigns incoming requests to one of three tracks:
simple, complex, or expedited.   Each request is then handled on a first-in, first-out basis
in relation to other requests in the same track.  Simple requests usually receive a response
in approximately one month, whereas complex requests necessarily take longer.  At this
time, your request has been assigned to the complex track.  You may wish to narrow the
scope of your request to limit the number of potentially responsive records or agree to an
alternative time frame for processing, should records be located; or you may wish to
await the completion of our records search to discuss either of these options.

We have determined that you are a non-media, non-commercial requester pursuant to 5
U.S.C. § 552(a)(4)(A)(ii)(III).  As a non-media, non-commercial requester, you are
entitled to two free hours of search time and up to one hundred pages of duplication
without charge.  See Production or Disclosure of Material or Information, 80 Fed. Reg.
18099, 18111 (Apr. 3, 2015) (to be codified at 28 C.F.R. pt. 16.10(d)(4)).  You may
review the Department of Justice regulations, which establish the fees charged for
processing FOIA requests at http://www.gpo.gov/fdsys/granule/FR-2015-04-03/2015-
07772.  If you disagree with this determination, you are welcome to provide any
additional information that would demonstrate that you should not be considered an
"other" requester.  If you would like to discuss either the track or the fees associated with

-2-

Mr. Gregory W. Burwell

your request, you may contact our FOIA Public Liaison, Stephanie Boucher, at (202) 648-8740.  You may also discuss any aspect of your request with our FOIA Public Liaison.

Sincerely,

*Stephanie M. Boucher*

Stephanie M. Boucher
Chief, Disclosure Division

TO: FOIA Public Liaison, Stephanie Boucher
    U.S. DOJ
    Bureau of the ATF
    Washington, DC 20226-0001

FROM: Gregory W. Burwell
      Reg. No. 38047-083
      SSN. 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
      FCI Manchester
      P.O. Box 4000
      Manchester, KY 40962

DATE: September 19, 2016

This letter is written concerning a update concerning my Freedom of Information Act and/or the privacy Act request I requested that is going on well over a year and a half. On September 10, 2015 I received a Request Number: 2015-0333 related to all records that the ATF is holding that relates to me.

Although the statute requires a response to such a request within twenty (20) working days, I have received a notice of receipt, ID No. FOIA-2015-0333, from your agency dated September 10, 2015. However, I have received no further response as of the date of this letter. Because of the amount of time that has passed since my request under FOIA/Privacy Act Statutes, I must construe this failure to respond as a denial of my good-faith effort to obtain the relevant documents.

These doucment which ordinarily would be a matter of public record if governmental wrongdoing were not present. These documents serves as a basis of the criminal charges against me. It's clear from all the evidence in my criminal case that the DOJ and ATF has engaged in a massive cover up and fraud on the court scandel, so if I dont receive a respond from your agency in 21 day's, I will go to the next level seeking judicial review under the FOIA. I already have a lawsuit pending against the (EOUSA) and a lawsuit will follow against this agency if I dont receive my FOIA request in 21 days. This matter has been going on for to long and is approching 2 years in the making, this is clearly some kind of cover-up.